Nicholas R. Kloeppel, CSB #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
SHIRLEY HILLMAN, HEATHER F. RINGWALD


Allison Jackson, CSB #157078
John S. Lopez, CSB #149291
Tamara C. Falor, CSB #126716
HARLAND LAW FIRM
622 H Street
Eureka, CA 95501
Tel: (707) 444-9281
Fax: (707) 445-2961

Attorneys for Plaintiff
JUDITH MAGNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH C. MAGNEY, individually and as personal representative/successor in interest of Dick R. Magney,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS; JEFFREY S. BLANK, individually and as Humboldt County Counsel; CAROLYN J. RUTH, individually and as Acting Humboldt County Counsel; BLAIR ANGUS, individually, as a Humboldt County Deputy County Counsel, and as Humboldt County Assistant County Counsel; NATALIE A. DUKE, individually and as a Humboldt County Deputy County Counsel; PHILLIP | CASE NO.: 17-cv-02389-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SHIRLEY HILLMAN, HEATHER F. RINGWALD TO FILING RESPONSIVE PLEADING** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SHIRLEY HILLMAN, HEATHER F. RINGWALD TO FILING RESPONSIVE PLEADING**

1

| | |
|---|---|
| 1 | CRANDALL, former Director Humboldt County Health and Human Services; |
| 2 | HEATHER F. RINGWALD, individually and as a Public Health Nurse with the Humboldt County Department of Health and Human Services, Social Services Branch, APS; SHIRLEY HILLMAN, individually and as a Supervising Public Health Nurse with the Humboldt County Department of Health and Human Services, Social Services Branch, APS; ROSY PROVINO, individually and as a Social Worker Supervisor for the Humboldt County Department of Health and Human Services, Social Services Branch; AMANDA WINSTEAD, individually and as a Program Manager, Humboldt County Department of Health and Human Services, Social Services Branch; KELLI L. SCHWARTZ, individually and as the Humboldt County Public Guardian, Humboldt County Department of Health and Human Services; and DOES 1 - 50. |
| | Defendants. |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff JUDITH C. MAGNEY ("Plaintiff"), and Defendants SHIRLEY HILLMAN and HEATHER F. RINGWALD ("Defendants") through their respective attorneys as follows:

1. Plaintiff filed a Complaint on April 26, 2017.

2. Defendant Shirley Hillman, was served with the Complaint and is required to file a responsive pleading on or before June 7, 2017.

3. Defendant Heather F. Ringwald, was served with the Complaint and is required to file a responsive pleading on or before June 14, 2017.

4. Defendants have requested and Plaintiff has agreed to provide an extension of time to file a responsive pleading to the Complaint.

5. This is defendants' first request for extension of time as defendants have not made any prior requests for additional time to file responsive pleadings in this matter.

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SHIRLEY HILLMAN, HEATHER F. RINGWALD TO FILING RESPONSIVE PLEADING**

2

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

**THE PARTIES HEREBY STIPULATE THAT:**

1. Defendants SHIRLEY HILLMAN and HEATHER F. RINGWALD's deadline to file their pleadings in response to the Complaint in this matter is June 22, 2017.

IT IS SO STIPULATED AND AGREED.

DATED: June 2, 2017          HARLAND LAW FIRM

                             By:  */s/ Allison Jackson*
                                  ALLISON JACKSON
                                  Attorneys for Plaintiff

DATED: June 2, 2017          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                             By:  */s/ Nicholas R. Kloeppel*
                                  NICHOLAS R. KLOEPPEL
                                  Attorneys for Defendants, SHIRLEY HILLMAN
                                  and HEATHER F. RINGWALD

## **ORDER**

The above stipulation is accepted and it is so ordered. Defendants SHIRLEY HILLMAN and HEATHER F. RINGWALD shall have an extension of time to June 22, 2017, to file a responsive pleading to the Complaint.

DATED: June 9, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court, Northern District

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS SHIRLEY HILLMAN, HEATHER F. RINGWALD TO FILING RESPONSIVE PLEADING**

3