1 Nicholas R. Kloeppel, CSB #186165
William F. Mitchell, CSB #159831
2 THE MITCHELL LAW FIRM, LLP
Attorneys at Law
3 814 Seventh Street
P. O. Drawer 1008
4 Eureka, CA 95502
Tel: (707) 443-5643
5 Fax: (707) 444-9586

6 Attorneys for Defendants
SHIRLEY HILLMAN and
7 HEATHER F. RINGWALD

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 JUDITH C. MAGNEY, individually and as personal representative/successor in interest of Dick R. Magney,<br><br>13      Plaintiffs,<br><br>14 vs.<br><br>15 COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS; JEFFREY S. BLANK, individually and as Humboldt County Counsel; CAROLYN J. RUTH, individually and as Acting Humboldt County Counsel; BLAIR ANGUS, individually, as a Humboldt County Deputy County Counsel, and as Humboldt County Assistant County Counsel; NATALIE A. DUKE, individually and as a Humboldt County Deputy County Counsel; PHILLIP CRANDALL, former Director Humboldt County Health and Human Services; HEATHER F. RINGWALD, individually and as a Public Health Nurse with the Humboldt County Department of Health and Human Services, Social Services Branch, APS; SHIRLEY HILLMAN, individually and as a | CASE NO.: 17-cv-02389-HSG<br><br>**ORDER GRANTING APPLICATION OF DEFENDANTS SHIRLEY HILLMAN AND HEATHER F. RINGWALD AND WAIVING REQUIREMENT TO PERSONALLY APPEAR AT SETTLEMENT CONFERENCE** |

THE MITCHELL LAW FIRM
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

_____0_____
**ORDER GRANTING APPLICATION OF DEFENDANTS SHIRLEY HILLMAN AND HEATHER F. RINGWALD AND WAIVING REQUIREMENT TO PERSONALLY APPEAR AT SETTLEMENT CONFERENCE**

| | |
|---|---|
| 1 | Supervising Public Health Nurse with the Humboldt County Department of Health and Human Services, Social Services Branch, APS; ROSY PROVINO, individually and as a Social Worker Supervisor for the Humboldt County Department of Health and Human Services, Social Services Branch; AMANDA WINSTEAD, individually and as a Program Manager, Humboldt County Department of Health and Human Services, Social Services Branch; KELLI L. SCHWARTZ, individually and as the Humboldt County Public Guardian, Humboldt County Department of Health and Human Services; and DOES 1 - 50. |
| | Defendants. |

The Application of defendants Shirley Hillman and Heather F. Ringwald requesting an order waiving the requirement to personally appear at the March 1, 2019, Settlement Conference has been submitted, with opportunity of the parties to respond thereto, and the Court hereby finds that, based on the evidence presented and for good cause, the application of defendants Ringwald and Hillman is hereby granted. Defendants Hillman and Ringwald are excused from personally appearing at the Settlement Conference on March 1, 2019, or any continuances thereof. Defendants Ringwald and Hillman shall make themselves available by telephone for the Settlement Conference.

**IT IS SO ORDERED.**

DATED: 2/21/2019

_____
Robert M. Illman
United States District Judge Magistrate

THE MITCHELL LAW FIRM
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

**ORDER GRANTING APPLICATION OF DEFENDANTS SHIRLEY HILLMAN AND HEATHER F. RINGWALD AND WAIVING REQUIREMENT TO PERSONALLY APPEAR AT SETTLEMENT CONFERENCE**